```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
POLARIS IMAGES CORPORATION,              :      21cv1569(DLC)
                                         :
                      Plaintiff,         :      ORDER OF
           -v-                           :      DISCONTINUANCE
                                         :
FOX NEWS NETWORK, LLC,                   :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **May 14, 2021**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for April 23, 2021 is adjourned sine die.

Dated:    New York, New York
          April 14, 2021

                              _____
                                      DENISE COTE
                              United States District Judge